Argued and submitted November 8, petition for review dismissed as improvidently allowed December 3, 1999

In the Matter of the Compensation of
Kenneth P. Bundy, Claimant.

FRED MEYER, INC.,
*Respondent on Review,*

*v.*

Kenneth P. BUNDY,
*Petitioner on Review,*

*and*

DEPARTMENT OF CONSUMER AND
BUSINESS SERVICES,
*Respondent.*

(WCB 95-07510; CA A95905; SC S46365)

991 P2d 1058

Roger Ousey, of Bischoff, Strooband & Ousey, P.C., Medford, argued the cause and filed the brief for petitioner on review Kenneth P. Bundy.

Craig A. Staples, Vancouver, Washington, argued the cause and filed the brief for respondent on review.

Megan A. Flynn, of Pozzi Wilson Atchison, LLP, Portland, filed a brief for *amicus curiae* Oregon Trial Lawyers Association.

David L. Runner, Lead Appellate Counsel, Salem, filed a brief in the Court of Appeals for *amici curiae* SAIF Corporation and Timber Products Company.

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Durham, Leeson, and Riggs, Justices.**

** Kulongoski, J., did not participate in the consideration or decision of this case.

## MEMORANDUM OPINION

The petition for review is dismissed as improvidently allowed.